UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN CARMINUCCI, *et al.*,

                Plaintiffs,                      **ORDER**

      -against-                                   18-cv-2936 (AEK)

SAL PENNELLE, *et al.*,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This case is now scheduled to proceed to trial, beginning with jury selection on **Tuesday, April 19, 2022**. This is a firm trial date. As discussed at the status conference on October 19, 2021, all pretrial submissions, including any motions *in limine*, are due on March 18, 2022. The parties should review the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for more information on the required pretrial submissions. Responses to any motions *in limine* are due on April 1, 2022. An in-person pretrial conference is scheduled for Thursday, April 7, 2022, at 12:00 p.m. in Courtroom 250, at the Hon. Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601. **Please note that due to a scheduling conflict, this is a different date from the pretrial conference date set at the last status conference.**

      All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into that courthouse. On the day you are to arrive at the courthouse, click on the following link: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the entry

device at the courthouse entrance.  If you do not meet the necessary requirements, please contact Chambers at (914) 390-4070.

Dated: March 1, 2022
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge