UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CARMINUCCI, *et al.*,

                  Plaintiffs,                      18-cv-2936 (AEK)

          -against-                      **ORDER**

PENNELLE, *et al.*,

                  Defendants.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 83.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated:  April 4, 2022
        White Plains, New York

                        _____
                        ANDREW E. KRAUSE
                        United States Magistrate Judge